# IN IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALVADOR MAGLUTA, | No. 4:23-CV-01261 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| FEDERAL BUREAU OF PRISONS and DAVID CHRISTENSEN, | |
| Defendant. | |

## ORDER

### JUNE 14, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Petitioner Salvador Magluta's amended petition for writ of habeas corpus (Doc. 16) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge